# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 242 EAL 2014
:
              Respondent    :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v.                :
:
:
:
CHRISTOPHER A. LATORE,      :
:
              Petitioner     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of September, 2014, the Motion for Leave to File Post-Submission Communication and the Petition for Allowance of Appeal are **DENIED**.